Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

F I L E D

AUG 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

⑤
IFP
NP

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Oakland Division

CV 25 - 6780 JCS

Case No. _____

(to be filled in by the Clerk's Office)

Guahgnan Lai

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

city of oakland
oakland police Department

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

unknown oakland police
officers and supervisors

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Guangnan Lai
Street Address     901 NE Lincoln Rd
City and County    Poulsbo
State and Zip Code WA  98370
Telephone Number   626-283-3896
E-mail Address     laiguangnant6@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    City of Oakland

Job or Title *(if known)*    Municipal Government

Street Address    1 Frank H. Ogawa Plaza

City and County    Oakland, Alameda County

State and Zip Code    CA 94612

Telephone Number    510-444-2489

E-mail Address *(if known)*    Cityclerk@oaklandca.gov

Defendant No. 2

Name    Oakland Police Department

Job or Title *(if known)*    Law Enforcement Agency

Street Address    455 7th Street

City and County    Oakland, Alameda County

State and Zip Code    CA 94607

Telephone Number    510-777-333

E-mail Address *(if known)*    police@oaklandca.gov

Defendant No. 3

Name    Unknown Oakland Police officers supervisors

Job or Title *(if known)*    Police officers and supervisors

Street Address    455 7th street

City and County    Oakland, Alameda County

State and Zip Code    CA 94607

Telephone Number    510-777-3333

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983 - Civil Action for Deprivation
U.S. Constitution, Amendment XIV - Due Process and Equal Protection Clauses.
U.S. Constitution, Amendment IV - Unreasonable Seizure
U.S. Constitution, Amendment I - Retaliation for Protected Speech

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the
        State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____
        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Over $75000 . severe injuries, emotional distress . reputation damage, economic loss & 30000 attorney fees.

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On Oct, 2023, I was attacked by several people. A witness told police go upstairs, but they stayed downstairs. Police ~~they~~ arrested me based only on attackers' false claims. They destroyed my report and misled me. I suffered injuries, mental trauma, and loss. Defendants acted under color of law and violated my constitutional rights.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. $ 5000,000 for injuries, distress, damage, loss, and attorney fees.

2. punitive damages as court deems proper.

3. order training and discipline for police.

4. other relief as court sees fit.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8 - 12 - 2025

Signature of Plaintiff    Guang Nan Lai

Printed Name of Plaintiff    Guang Nan Lai

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

Plaintiff: Guangnan Lai

Defendants: City of Oakland, Oakland Police Department,
Unknown Police Supervisor and Officers

Case No.: (To be assigned by the Court)

COVER SHEET FOR COMPLAINT SUBMISSION
This filing includes:
1. Combined Personal Statement and Civil Rights
Complaint (42 U.S.C. § 1983)
2. Supporting evidence and witness contact information.

Plaintiff seeks justice for the October 10, 2023 incident
involving severe assault and police misconduct in Oakland,
which caused permanent physical and psychological harm.

Submitted by:

Guangnan Lai (Pro Se)

Email: laiguangnan56@gmail.com

Phone: 626-283-3896

Address: 901 NE Lincoln Rd, Poulsbo, WA 98370

Date: _8 - 2 - 7025_
Signature: _Guangnan Lai_

**Combined Statement and Civil Rights Complaint**

Personal Statement

I, Guangnan Lai, am an innocent victim who has suffered severe harm due to violent assaults, police negligence, misconduct, and bias in Oakland, California.

The attackers brutally beat me on October 10, 2023, causing severe injuries. During the assault, they humiliated me, photographed and recorded the attack, and posted these materials along with my personal information online. After the attack, instead of arresting the attackers, the police treated me as a criminal. They forced me to stand while I was gravely injured, dragged me violently, worsening my injuries, and later handcuffed me to a hospital bed, denying me the use of my phone.

The caller, Daniel, repeatedly begged the officers to go to the second floor where the attack was taking place, but the police refused to respond promptly, which led to more severe injuries.

Later, the police supervisor secretly canceled my police report and my accusations against these criminals, resulting in me having no police report of my own. The only police report that exists is the one filed by them. This cover-up has denied me justice and allowed these attackers to escape accountability.

The case in which they falsely accused me of sexual harassment (Case No. 23-053734) was dismissed by the court in 2024, proving that I was falsely accused. Due to the cover-up by the police supervisor, I have no valid police report to represent my complaint.

I have already filed a complaint against the Oakland Police Department regarding this misconduct. The complaint reference number is 25-0630.

Witness Contact Information:
Daniel (witness and original 911 caller)
Phone: +1 (415) 740-8014
He is willing to testify in court about what he witnessed
and how the police ignored his requests to help me.

Federal Civil Rights Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND
DIVISION)

Plaintiff: Guangnan Lai
Defendants: City of Oakland, Oakland Police Department,
Unknown Police Supervisor and Officers

Case No.: (To be filled by Court)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42
U.S.C. § 1983)

I. INTRODUCTION
I, Guangnan Lai, am filing this complaint Pro Se (without a
lawyer).
I am an innocent victim who suffered severe police
negligence, favoritism, abuse of power, and misconduct.
As a result of this case, I have developed severe depression,
PTSD, and anxiety. I do not speak English well and had no
legal resources.
I only recently learned, through online tools such as
ChatGPT, that I could file a civil rights lawsuit in federal
court.

II. JURISDICTION AND VENUE
1. This action is brought pursuant to 42 U.S.C. § 1983 and
the Fourth and Fourteenth Amendments to the United
States Constitution.
2. All events giving rise to these claims occurred in
Oakland, California, within the Northern District of
California.

III. PARTIES
- Plaintiff: Guangnan Lai, currently residing in Washington
State (formerly California)

1. City of Oakland
2. Oakland Police Department
3. Unknown supervisor and other involved officers

## IV. STATEMENT OF FACTS

1. On October 10, 2023, I was brutally attacked by four individuals in Oakland. They kicked and punched me, leaving me severely injured, bleeding on the ground, and unable to stand.
2. During the attack, the assailants insulted me and filmed and photographed me. They later posted these images and my personal information online to humiliate and defame me.
3. A witness (named Daniel) repeatedly begged the police to come upstairs to the second floor where the attack was happening, but the police ignored these pleas and stayed downstairs, allowing the attack to continue and my injuries to worsen.
4. When the police arrived, they did not arrest the attackers. Instead, they forced me, the injured victim, to stand up even though I was too weak to move. They dragged me violently, causing more harm.
5. At the hospital, even while bleeding, they handcuffed me to the bed and forbade me from using my phone.
6. The police promised to issue tickets to the attackers, but later, the police supervisor secretly canceled all the tickets.
7. Later, the supervisor claimed the attackers accused me of "touching a woman's chest." However, days later, these attackers publicly admitted in livestreams that they were not present and did not witness anything. This proves they lied or the supervisor fabricated false accusations.
8. Because of the police actions, the attackers escaped accountability, while I was treated as a criminal.

## V. CONSEQUENCES

- Physical Injuries: Permanent harm from prolonged assault and rough handling by the police.
- Emotional Harm: Severe PTSD, depression, and anxiety. I am now in deep debt due to medical bills and legal costs.
- Online Defamation: My personal information and photos were spread online by the attackers and their large following (hundreds of thousands to millions of followers). I am harassed daily.

- I have filed a lawsuit (Case No. 24CV082378), but none of the attackers responded.
- I also filed a claim with the city (GHC0085632), but the City of Oakland refused responsibility.

## VI. CLAIMS FOR RELIEF

1. Violation of Fourth Amendment rights: unlawful arrest, illegal seizure, and excessive force.
2. Violation of Fourteenth Amendment rights: denial of due process, biased and selective enforcement.
3. Conspiracy to cover up crimes: Oakland Police and supervisors allowed the attackers to escape justice.

## VII. DAMAGES

- Compensatory damages of $5,000,000 for physical injuries, emotional harm, reputational loss, and financial damages.
- Punitive damages against the responsible supervisor and officers.
- A federal investigation and reopening of my case.

## VIII. JURY DEMAND

I request a trial by jury on all issues.

## PRAYER FOR RELIEF

I respectfully request that the Court:
1. Award me appropriate compensatory and punitive damages.
2. Order a full federal investigation of the Oakland Police Department's conduct.
3. Grant any other relief deemed just and proper by the Court.

Dated: 8-2 - 2025
Signature: Guangnan Lai
Guangnan Lai, Pro Se
Email: laiguangnan56@gmail.com
Phone: 626-283-3896

**Case Summary (One-Page Overview)**

Court: United States District Court, Northern District of
California (Oakland Division)
Plaintiff: Guangnan Lai
Defendants: City of Oakland, Oakland Police Department,
Unknown Supervising Officer(s) and other involved
officers

Key Facts:
- Incident Date: October 10, 2023 – Oakland, California
- I was brutally beaten by multiple attackers, left bleeding
all over the floor and unable to stand.
- They insulted me while beating me, took photos and
videos during the assault, and later posted these images
along with my personal information online to humiliate and
defame me.
- Witness Daniel (Phone: +1 415-740-8014) repeatedly
urged the police to go upstairs (where the attack was
happening on the 2nd floor), but the police ignored him.
- When police finally arrived, they did not arrest the
attackers. Instead, they forced me, the victim, to stand up
despite my severe injuries.
 Since I could not move due to my condition, they dragged
me roughly from the ground, causing even more harm.
- At the hospital, I was treated like a criminal – handcuffed
to the hospital bed and denied access to my phone.

Police Misconduct:
- The police initially promised to issue tickets to each
attacker but later, under orders from their supervisor,
secretly canceled all the tickets.
- The supervisor later falsely claimed that the attackers said
they saw me "touching a woman's chest."
 However, in subsequent livestreams (to audiences of
hundreds of thousands to millions), the attackers publicly
admitted they were not present at the scene and did not
witness anything.
 The supervisor secretly canceled my reports against these







9353 E. Valley Blvd.,
Rosemead, CA 91770-1934
Highly Confidential Patient Information
Federal HIPPA Rules (45 CFR Parts 160 & 164)
Federal ADP Rules (42 CFR Part 2)
California Welfare & Institutions Code Section 5328
Further Information Disclosure Prohibited

Asian Pacific Family Center Adult Outpatient Program                    July 1, 2024

Re: Guangnan Lai
DOB: 11/22/1991
Address: 318 N Lincoln Ave. Apt. 21, Monterey Park, 91755

Re: Letter Certifying Mental Health Treatment for Guangnan Lai

This letter is requested by you to provide verification for Guangnan Lai's attendance in
mental health services provided by Asian Pacific Family Center, Pacific Clinics in
Rosemead, California.

I am a clinical psychology intern at Asian Pacific Family Center, and I was assigned to
Mr. Lai as his therapist on 01/31/2024. Record review showed that Mr. Lai was admitted
on 01/31/2024 and has been receiving recommendations through mental health
counseling and medication support services. Mr. Lai's diagnosis includes Major
Depressive Disorder, recurrent, mild. Records indicate that Mr. Lai has attended 9
individual therapy sessions: 01/31/24, 02/07/24, 02/15/24, 02/29/24, 03/21/24, 04/11/24,
04/25/24, 05/29/24, 06/25/24. The most recent medication support service was on
06/25/24 with Dr. Julia Davidoff.

If you have any further questions, please feel free to call and ask for me at the office at
(626)287-2988.

Sincerely,

Samantha Curameng, M.A.
Clinician (Psychology Intern)

Elizabeth Chang, Psy.D. Psy25501
Clinical Supervisor

Lai Guangnan
318 Lincoln Ave Apt 21
MONTEREY PARK CA 91755



Statement Date: 11/15/23                                    Account#: 1455075

**Patient: Lai Guangnan**

| | |
|---|---|
| Hospital charges | $16,705.09 |
| Professional charges | $1,714.48 |
| **Current account balance** | **$18,419.57** |
| Minimum amount due by December 13, 2023 | $18,419.57 |

*Please pay at least the minimum due by the date above in order to keep your account current.*

See following pages for statement details

**Pay by Phone**
Call (510) 895-7291
8am to 3:30pm
Monday through Friday

**Pay Online** www.my-ahs.org
Your activation code: **5NQ6W-M6HM3-TN2NR**
Not interested in signing up for MyChart? Use the info below for guest pay.
**Guarantor ID: 1455075 NAME:** Guangnan

**Questions? Need help reading your statement?**
- Call us at (510) 895-7291 | Visit us at www.alamedahealthsystem.org/contact-us
- Walk-in assistance available at 15400 Foothill Blvd Bldg E, San Leandro CA 94578
- You may be eligible for Medi-Cal, Covered California, or qualify for Financial Assistance. Call us (510) 437-4961

---

*Keep this portion for your records*

*Detach this portion and return with your payment or insurance information*

**Mail To**
Alameda Health System
PO BOX 45886
San Francisco, CA 94145

**AMOUNT ENCLOSED**
$

**Minimum Due**
**$18,419.57**

**Due Date December 13, 2023**

Lai Guangnan
318 Lincoln Ave Apt 21
MONTEREY PARK CA 91755

**Payment Method**
☐ Credit/Debit Card          ☐ **Check** (Make check payable to:
                                    ALAMEDA HEALTH SYSTEM)

**Credit Card Information**

☐ Visa      ☐ MasterCard   ☐ Discover

CARDHOLDER NAME

| CARD # | EXP DATE | CODE |
|---|---|---|

SIGNATURE

☐ My address or insurance information has changed. I have written the
changes on the back of this form.

*(Acct #1455075) Statement Date: November 15, 2023*





**Responsible Party ID:** 2023-167320

# Your Statement

 **Questions?** Call (844) 622-3926

| DATE | DESCRIPTION | CHARGE | PMT/ADJ | TOTAL |
|------|-------------|--------|---------|-------|
| GUANGNAN LAI | *2023-167320* - (Falck - Northern California) | | | |
| 10/10/2023 | Ground mileage, per statute mile | $248.07 | | |
| 10/10/2023 | Ambulance service, basic life support, emergency transport | | | |
| | (bls-emergency) | $3,664.87 | | |
| | | $3,912.94 | - $0.00 | $3,912.94 |

| **Total Balance** | | **$3,912.94** |
|---|---|---|

| TOTAL BALANCE $3,912.94 | CURRENT $0.00 | 30-60 Days $0.00 | 60-90 Days $0.00 | 90+ Days $0.00 |
|---|---|---|---|---|

---

If any of the following has changed since your last statement, please indicate

| Your Name (Last, First, Middle Initial) | | Date of Birth | Your **PRIMARY** Insurance Company's Name | | |
|---|---|---|---|---|---|
| Address | | | Primary Insurance Company's Address | | |
| City | State | Zip | City | State | Zip |
| Telephone | Social Security # | | Policyholder Name | Date of Birth | Sex |
| Employer's Name | Telephone | | Policyholder's ID Number | Group Plan Number | |
| Employer's Address | | | Your **SECONDARY** Insurance Company's Name | | |
| City | State | Zip | Secondary Insurance Company's Address | | |
| Please indicate if Applicable: ☐ Auto Accident ☐ Worker's Compensation | | | City | State | Zip |
| Date of Injury | | | Policyholder Name | Date of Birth | Sex |
| | | | Policyholder's ID Number | Group Plan Number | |

**Oakland Police Department**
**455 Seventh Street**
**Oakland, CA 94607**

Officer: _E. DIA_

Serial #: _9776_ Date: _9760 7 10/10/23_

RD #: _23-053734_

☐ **Traffic Section** - Eastmont Station
2651 73rd Ave, Oakland, CA 94605
(510) 777-8570
Hours: 8 a.m.-2:30 p.m. Monday-Thursday
To obtain a copy of a traffic accident report go to
the location checked above. Some are also
available at *http://policereports.lexisnexis.com.*
* A fee is charged.

☑ **Records Section** - Police Admin Building (1st Floor
Kiosk)
455 Seventh Street, Oakland, CA 94607
(510) 238-3021
Report Hours: 8 a.m.-3 p.m. Monday-Friday
Vehicle Release Hours: 8 a.m.-3 p.m. Monday-
Friday and 8 a.m.-12 p.m. Saturday-Sunday

Public Records Request
- In person, Monday – Friday 8 a.m. – 3 p. m.
- OPDRecordRequest@oaklandca.gov
- Via mail
- Via phone (510) 238-7143

☐ **Towed Vehicle** Information
If your vehicle was towed, you must go to the
Records Section to obtain a release before going
to the tow facility. Call for hours or information.
To obtain a release:
- You must have a valid driver's license
- You must be the registered owner
- The vehicle registration must be current
- You must pay a fee

☐ **Neighborhood Services**
Community engagement starts in your
neighborhood. Partner with OPD! (510) 986-2715
*https://www.oaklandca.gov/topics/community-*
*police-partnerships*

## Official Statement on Police Misconduct and Civil Rights Violations
Declarant: Guangnan Lai

I, Guangnan Lai, hereby solemnly issue the following statement to denounce the Oakland Police Department for its gross misconduct, protection of violent offenders, abuse of power, and violations of the U.S. Constitution and federal law in handling my assault case.

On October 10, 2023, I was violently attacked by multiple individuals, resulting in severe injuries to my body and face. As a victim, I expected the police to protect me and file criminal charges against the attackers.

A witness at the scene, Daniel (Phone: +1 (415) 740-8014), called 911 and pleaded with the officers on the phone to "go upstairs immediately" as the violent attack was taking place on the second floor. However, the officers remained on the first floor and failed to intervene in time, which resulted in me being continuously beaten and seriously injured.

Despite my visible injuries and status as a clear victim, the supervising officer and several members of the Oakland Police Department made an unforgivable decision: they unilaterally canceled my report against the assailants and arrested me instead!

As shown in the attached photo (taken by Alameda County Jail upon my booking), my face was covered in blood, and my nose was visibly broken. Rather than investigating the obvious injuries I sustained, the police arrested me solely based on the false statements of the attackers and treated me as a criminal.

What's worse, I personally went to the Oakland Police Department multiple times to request a copy of my police report. Each time, the officers deliberately misled me by giving me a false report—the attackers' report against me, not mine. I initially believed this was my own report until a lawyer later informed me that my original complaint had never been processed—it was secretly canceled by high-ranking police officials.

This series of actions severely violated my constitutional rights, including:
- Due process and equal protection under the Fourteenth Amendment of the U.S. Constitution;
- Civil rights violations as defined in 42 U.S. Code § 1983;
- Potential destruction of evidence and obstruction of justice by law enforcement officials.

To date, not a single officer or supervisor involved in this misconduct has been held accountable. Meanwhile, I have endured immense physical trauma, emotional distress, and legal persecution as a result of their actions. I continue to suffer from Post-Traumatic Stress Disorder (PTSD), anxiety, and depression caused by this incident.

My Demands:
I am now preparing to file a civil rights lawsuit in federal court against the Oakland Police

Department and the officials responsible. I demand:

- A full investigation into the unauthorized cancellation of my police report;

- Accountability for the officers and supervisor who abused their authority and protected violent offenders;

- Fair compensation from the government for the physical, emotional, and financial damages I have suffered.

This statement, along with photographic evidence of my injuries during detention, will serve as a core piece of evidence in my federal civil rights case, and clearly demonstrates the Oakland Police Department's abuse of power and secondary victimization of an innocent civilian.

I solemnly affirm that all of the above is true. If any part is proven false, I am willing to bear all legal consequences.

Signature: Guangnan Lai

Phone: 626-283-3896

Email: laiguangnan56@gmail.com

Address: 901 NE Lincoln Rd, Poulsbo, WA 98370

Date: August 2, 2025





## Non-Trust Retainer Balance

| Date | Item | Amount | Balance |
|---|---|---|---|
| 1/1/2025 | Previous Balance | | $0.00 |
| 1/15/2025 | Invoice I-675756255 | $-803.00 | $-803.00 |
| 1/15/2025 | Transfer P-23093<br>Transfer from Trust Account | $803.00 | $0.00 |
| 1/31/2025 | Invoice I-675756419 | $-1,005.50 | $-1,005.50 |
| 1/31/2025 | Transfer P-23422<br>Transfer from Trust Account | $1,005.50 | $0.00 |
| 2/15/2025 | Invoice I-675756562 | $-2,066.00 | $-2,066.00 |
| 2/15/2025 | Transfer P-23677<br>Transfer from Trust Account | $2,066.00 | $0.00 |
| 3/1/2025 | Invoice I-675756699 | $-2,613.45 | $-2,613.45 |
| 3/1/2025 | Transfer P-23898<br>Transfer from Trust Account | $2,613.45 | $0.00 |
| 4/1/2025 | Transfer P-24417<br>Transfer from Trust Account | $34.30 | $34.30 |
| 4/1/2025 | Invoice I-675756993 | $-286.25 | $-251.95 |
| 4/16/2025 | Invoice I-675757140 | $-451.31 | $-703.26 |
| 5/1/2025 | Invoice I-675757276 | $-858.60 | $-1,561.86 |
| 5/30/2025 | Current Balance | | $-1,561.86 |

Guang Nan Lai

| Payment Name | Bank Account | Charge name | Payment name | Amount | Debit Date | Payment Method | Status |
|---|---|---|---|---|---|---|---|
| | 24417 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -34.3 4/1/2025 | | Transfer | |
| | 24417 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 34.3 4/1/2025 | | Transfer | |
| | 23898 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -2613.45 3/2/2025 | | Transfer | |
| | 23898 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2613.45 3/2/2025 | | Transfer | |
| | 23677 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -2066 2/16/2025 | | Transfer | |
| | 23677 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2066 2/16/2025 | | Transfer | |
| | 23454 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 3190.09 2/1/2025 | | Credit / Debit Card | |
| | 23422 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -1005.5 2/1/2025 | | Transfer | |
| | 23422 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 1005.5 2/1/2025 | | Transfer | |
| | 23093 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -803 1/16/2025 | | Transfer | |
| | 23093 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 803 1/16/2025 | | Transfer | |
| | 22843 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -1017.7 1/2/2025 | | Transfer | |
| | 22843 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 1017.7 1/2/2025 | | Transfer | |
| | 22269 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -2478.69 12/1/2024 | | Transfer | |
| | 22269 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2478.69 12/1/2024 | | Transfer | |
| | 22120 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 5217.4 11/26/2024 | | Credit / Debit Card | |
| | 21843 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -2837.75 11/16/2024 | | Transfer | |
| | 21843 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2837.75 11/16/2024 | | Transfer | |
| | 21727 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 3000 11/14/2024 | | Credit / Debit Card | |
| | 21575 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -263.5 11/1/2024 | | Transfer | |
| | 21575 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 263.5 11/1/2024 | | Transfer | |
| | 21188 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -600.2 10/16/2024 | | Transfer | |
| | 21188 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 600.2 10/16/2024 | | Transfer | |
| | 20934 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -1266.25 10/1/2024 | | Transfer | |
| | 20934 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 1266.25 10/1/2024 | | Transfer | |
| | 20678 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -292.25 9/15/2024 | | Transfer | |
| | 20678 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 292.25 9/15/2024 | | Transfer | |
| | 20401 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -224.75 9/6/2024 | | Transfer | |
| | 20401 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 224.75 9/6/2024 | | Transfer | |
| | 19960 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -862 8/16/2024 | | Transfer | |
| | 19960 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 862 8/16/2024 | | Transfer | |
| | 19637 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -2082.45 8/1/2024 | | Transfer | |
| | 19637 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2082.45 8/1/2024 | | Transfer | |
| | 19542 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 3000 8/1/2024 | | Credit / Debit Card | |
| | 19429 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2000 7/24/2024 | | Credit / Debit Card | |
| | 19363 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 2000 7/18/2024 | | Credit / Debit Card | |
| | 19259 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -4018.25 7/16/2024 | | Transfer | |
| | 19259 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 4018.25 7/16/2024 | | Transfer | |
| | 19181 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -802.5 7/12/2024 | | Transfer | |
| | 19181 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 802.5 7/12/2024 | | Transfer | |
| | 19129 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 3000 7/10/2024 | | Credit / Debit Card | |
| | 19110 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 1000 7/6/2024 | | Credit / Debit Card | |
| | 19096 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 861.05 7/4/2024 | | Credit / Debit Card | |
| | 18984 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -4200 7/1/2024 | | Transfer | |
| | 18984 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 4200 7/1/2024 | | Transfer | |
| | 18708 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | -1200 6/17/2024 | | Transfer | |
| | 18708 Operating Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 1200 6/17/2024 | | Transfer | |
| | 18561 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 200 6/15/2024 | | Other | |
| | 18559 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 5000 6/15/2024 | | Credit / Debit Card | |
| | 18560 Trust Account | Contact, 240613-LA57001 Llaiguangnan56@gmail.com | | 200 6/15/2024 | | Wire | |

$28,668.54 USD

Guangnan Lay