UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGNAN LAI,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No. 25-cv-06780-JCS<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF INTERPRETER**<br><br>Re: Dkt. No. 16 |

Plaintiff has requested that the Court appoint an interpreter to assist him in Court hearings and proceedings pursuant to the Court Interpreters Act, 28 U.S.C. § 1827 ("Act"). That Act, however, entitles litigants to an interpreter only in "proceedings instituted by the United States." Because this case is brought by a private individual and does not involve the United States, the Act does not authorize the Court to appoint an interpreter to assist Plaintiff in this civil action. *See Anderson v. State Bar of California*, 908 F.2d 976 (9th Cir. 1990) (in action initiated by private individual the court had no duty to appoint an interpreter under Section 1827, which applies only to "judicial proceedings instituted by the United States"). If, however, Plaintiff seeks to appear at proceedings in this action with an individual who is fluent in Mandarin and English, whether or not that individual is formally certified as an interpreter, the Court will permit that individual to appear with Plaintiff to provide language assistance.

**IT IS SO ORDERED.**

Dated: September 25, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge