RYAN RICHARDSON, City Attorney, SBN 223548
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6324; Fax: (510) 238-6500
Email: mbaker@oaklandcityattorney.org
38080/3479729

Attorneys for Defendants,
CITY OF OAKLAND and JULIE YU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUANGNAN LAI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, SERGEANT JULIE YU, DOES 1-10,<br><br>Defendants. | Case No. 25-cv-06780-JCS<br><br>**DEFENDANT JULIE YU'S WAIVER OF SERVICE OF SUMMONS** |

Plaintiff Guangnan Lai has not requested Defendant Sergeant Julie Yu waive service of summons pursuant to Federal Rule of Civil Procedure 4(d)(1).

However, pursuant to the Court's July 20, 2026 Order, Dkt. 35, Yu hereby notifies the Court and Plaintiff of the following:

Yu agrees to waive service of a summons in this action and any objections to the absence of a summons or of service.

Yu preserves all other defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action.

There is no date a request for waiver of service was sent, and therefore it is unclear when Yu's response to the complaint is due pursuant to Federal Rule of Civil Procedure 4(d)(3). As a result, unless the Court otherwise orders, Yu will treat today as the date a request for waiver of service was sent, and will file and serve an answer or a motion under Rule 12 within 60 days from today.

Dated: August 7, 2026

RYAN RICHARDSON, City Attorney

By: /s/ Montana B. Baker
MONTANA B. BAKER, Deputy City Attorney
Attorneys for Defendants,
CITY OF OAKLAND and JULIE YU

**CERTIFICATE OF SERVICE**
**GUANGNAN LAI v. CITY OF OAKLAND, et al.**
**United States District Court Case No. 25-cv-06780-JCS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I caused service of the foregoing documents:

**DEFENDANT JULIE YU'S WAIVER OF SERVICE OF SUMMONS**

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the address(s)es listed below and *(specify one)*:

☐ I placed the envelope for deposit with the United States Postal Service, with the postage fully paid.

☒ The envelope was placed for collection and mailing, following our ordinary business practices. I am readily familiar with the City of Oakland's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on August 7, 2026, at, Oakland, California.

[signature]
LISA MAXWELL

☒ **By email service.**

☒ I sent the documents by electronic transmission or notification to the person(s) at the email addresses listed below.

| |
|---|
| Guangnan Lai<br>901 NE Lincoln Road<br>Poulsbo, WA 98370<br>Laiguangnan56@gmail.com<br>Pro-Se |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on August 7, 2026, at, Oakland, California.

[signature]
CARMA CARDEN