UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUANGNAN LAI,

Plaintiff,

v.

CITY OF OAKLAND, et al.

Defendant.

Case No. 25-cv-06780-JCS

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: September 18, 2026

NAME: Montana Baker

*Signature*

COUNSEL FOR (OR "PRO SE"): Defendant, Julie Yu

**CERTIFICATE OF SERVICE**
**GUANGNAN LAI v. CITY OF OAKLAND, et al.**
**United States District Court Case No. 25-cv-06780-JCS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I caused service of the foregoing documents:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the address(s)es listed below and *(specify one)*:

☐ I placed the envelope for deposit with the United States Postal Service, with the postage fully paid.

☒ The envelope was placed for collection and mailing, following our ordinary business practices. I am readily familiar with the City of Oakland's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on September 18, 2026, at, Oakland, California.

*Lisa Maxwell*
Lisa Maxwell

☒ **By email service.**

☒ I sent the documents by electronic transmission or notification to the person(s) at the email addresses listed below.

☒ I submitted the documents to an E-Filing Service Provider which in turn serves the documents via email to the persons(s) at the e-mail address(es) listed below.

| | |
|---|---|
| Guangnan Lai<br>901 NE Lincoln Road<br>Poulsbo, WA 98370<br>Laiguangnan56@gmail.com<br><br>Pro-Se | jcspo@cand.uscourts.gov |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on September 18, 2026, at, Oakland, California.

Maxine Duong